HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ANTHONY WELCH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ANTHONY WELCH,

Defendant.

Case No. 2:26-cr-00093-TLN

**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**

DATE: August 6, 2026
TIME: 9:30 a.m.
JUDGE: Hon. Troy L. Nunley

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney, Eric Grant, through Assistant United States Attorney Zulkar Khan, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Mia Crager, attorney for defendant ANTHONY WELCH, that the previously scheduled status conference date of August 6, 2026, be continued to **October 1, 2026**, at 9:30 a.m. The reasons for the continuance is that the government is currently producing additional discovery which defense counsel needs time to review, and defense counsel needs time to conduct an investigation and to discuss possible resolutions with her client.

The parties agree the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel. The parties agree the ends of justice are served by

granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The parties request the time up to and including October 1, 2026, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) and General Order 479, (Local Code T4).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 31, 2026

*<u>/s/ Mia Crager</u>*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
ANTHONY WELCH

Date: July 31, 2026

ERIC GRANT
United States Attorney

*/s/ Zulkar Khan*
ZULKAR KHAN
Assistant U.S. Attorneys
Attorneys for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, as well as continuity of counsel. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 1, 2026, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) and General Order 479, (Local Code T4). It is further ordered the August 6, 2026 status conference shall be continued until October 1, 2026, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: August 3, 2026

Troy L. Nunley
Chief United States District Judge