HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ANTHONY WELCH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ANTHONY WELCH,<br>Defendant. | Case No. 2:26-cr-00093-TLN<br>**ORDER RE: REQUEST FOR CHANGE OF PRETRIAL HOLDING FACILITY**<br>JUDGE: Hon. Troy L. Nunley |

**ORDER**

Having consulted with the U.S. Marshals Service, the Court hereby ORDERS that Mr. Welch be transferred to either of the facilities discussed in his request filed October 1, 2026.

**IT IS SO ORDERED.**

DATE: October 2, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE