HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ANTHONY WELCH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ANTHONY WELCH,

Defendant.

Case No. 2:26-cr-00093-TLN

**ORDER RE: REQUEST FOR CLARIFICATION OF ORDER (DKT. 28)**

JUDGE: Hon. Troy L. Nunley

**ORDER**

Having consulted with the U.S. Marshals Service, the Court hereby CLARIFIES its order at Dkt. 28, and hereby ORDERS that Mr. Welch be transferred to either Yuba County Jail or Taft within 30 days of the Order entered on October 5, 2026.

**IT IS SO ORDERED.**

DATED: October 23, 2026

Troy L. Nunley
Chief United States District Judge